CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Zarian**, <br><br> Plaintiff, <br><br> v. <br><br> **Lucian Lelea,** in individual and representative capacity as trustee of the Lucian Lelea Revocable Trust; and Does 1-10, <br><br> Defendants. | **Case No**. 8:16-CV-01794-DOC-JEM <br><br> **Plaintiff's Response to Order to Show Cause** |

<u>DECLARATION OF DENNIS PRICE</u>

1. I, the undersigned, am an attorney of record for the Plaintiff and admitted to practice law in all courts in the State of California including the district court in which this matter is being heard.

2. I have personal knowledge of the foregoing and if called to testify to them I could do so competently.

1

3.  Plaintiff has not yet been able to effectuate service on Defendants in this matter. However, this is not a result of failure to prosecute. Between October 4, 2016 and December 27, 2016, Plaintiff has made 10 separate attempts to serve Defendants at multiple addresses.

4.  Plaintiff has recently become aware of one more address and is attempting to serve at that address. Notice and Acknowledgements are being sent to all known addresses. Assuming these are not returned, Plaintiff will seek leave for substitute service.

5.  Plaintiff's counsel requests that sanctions not issue against it for failure to prosecute. This matter is being prosecuted, but the Defendants have proved difficult to serve.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: January 9, 2016                CENTER FOR DISABILITY ACCESS

                                                      /s/ Dennis J. Price
                                       By: _____
                                             Dennis Price, Esq.
                                             Attorneys for Plaintiff

Plaintiff's Response to Order to Show Cause          8:16-CV-01794-DOC-JEM