**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 16-1794-DOC (JEMx)　　　　　　　　　　Date: January 11, 2017

Title: JAMES ZARIAN V. LUCIAN LELEA ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):　ORDER RE PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [10]**

　　　　On January 5, 2017 the Court issued an Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution (Dkt. 9). On January 9, 2017, Plaintiff filed a Response (Dkt. 10).

　　　　In the Response, Plaintiff's attorney represents that in the past three months Plaintiff has made ten separate attempts to serve Defendants at multiple addresses. Response at 2. Plaintiff has recently become aware of an additional address, which he is currently attempting to serve. *Id.* If that service fails, Plaintiff represents he will seek leave for substitute service. *Id.*

　　　　"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. Pro. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.* "Absent a showing of good cause, the district court has discretion to extend the time for service of process." *Lepone–Dempsey v. Carroll County Comm'rs*, 476 F.3d 1277, 1282 (11th Cir. 2007). The

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 16-1794-DOC (JEMx)                                Date: January 11, 2017
                                                                                                                     Page 2

Court is satisfied that Plaintiff has so far made diligent efforts to attempt to effectuate service and therefore finds good cause to extend the deadline for service. The Court ORDERS that the deadline for service is extended **until January 30, 2017.**

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                      Initials of Deputy Clerk: djg
CIVIL-GEN